```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARVIN LONGO-LINARES
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. CR-S-09-0046 GEB
                                   )
12              Plaintiff,         )
                                   )  STIPULATION AND [PROPOSED] ORDER
13       v.                        )  TO CONTINUE STATUS CONFERENCE
                                   )
14  MARVIN LONGO-LINARES,          )
         aka Marvin Hernandez,     )  Date:  February 13, 2009
15                                 )  Time:  9:00 a.m.
                Defendant.         )  Judge: Garland E. Burrell, Jr.
16                                 )
    _____)
17
```

18      IT IS HEREBY STIPULATED AND AGREED between the parties, Jason

19 Hitt, Assistant United States Attorney, and Matthew C. Bockmon,

20 attorney for defendant Marvin Longo-Linares, that the Status Conference

21 now scheduled for February 13, 2009 be vacated, and a new status

22 conference date of March 6, 2009 be set.

23      This continuance is being requested because of on-going defense

24 investigation and preparation.

25      IT IS STIPULATED that the period from the signing of this Order up

26 to and including March 6, 2009 be excluded in computing the time within

27 which trial must commence under the Speedy Trial Act, pursuant to 18

28 ///

1  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation
2  of counsel.

3  Dated: February 12, 2009              Respectfully submitted,

4                                         DANIEL BRODERICK
                                          Federal Defender
5
                                          /s/ Matthew C. Bockmon
6                                         _____
                                          MATTHEW C. BOCKMON
7                                         Assistant Federal Defender
                                          Attorney for Defendant
8                                         MARVIN LONGO-LINARES

9
   Dated:  February 12, 2009             LAWRENCE G. BROWN
10                                        Acting United States Attorney

11                                        /s/ Jason Hitt
                                          _____
12                                        JASON HITT
                                          Assistant U.S. Attorney
13

14                                  ORDER

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
16 ordered that the status conference presently set for February 13, 2009,
17 be continued to March 6, 2009, at 9:00 a.m.  The Court finds that the
18 ends of justice to be served by granting a continuance outweigh the
19 best interests of the public and the defendant in a speedy trial.  It
20 is ordered that time from this date to, and including, the March 6,
21 2009 status conference shall be excluded from computation of time
22 within which the trial of this matter must be commenced under the
23 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
24 Local Code T-4, to allow defense counsel time to prepare.

25 Dated:  February 13, 2009
26
27                                        _____
                                          GARLAND E. BURRELL, JR.
28                                        United States District Judge

Stip & Order                          -2-