```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    MARVIN LONGO-LINARES
6

7
                   IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11

12  UNITED STATES OF AMERICA,        )  No. CR-S-09-0046 GEB
                                     )
13                Plaintiff,         )
                                     )  **STIPULATION AND [PROPOSED] ORDER**
14       v.                          )  **TO CONTINUE STATUS CONFERENCE**
                                     )
15  MARVIN LONGO-LINARES,            )
        aka Marvin Hernandez,        )  Date:  March 6, 2009
16                                   )  Time:  9:00 a.m.
                  Defendant.         )  Judge: Garland E. Burrell, Jr.
17                                   )
    _____  )
18
```

IT IS HEREBY STIPULATED AND AGREED between the parties, Jason Hitt, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant Marvin Longo-Linares, that the Status Conference now scheduled for March 6, 2009 be vacated, and a new status conference date of March 27, 2009 be set.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS STIPULATED that the period from the signing of this Order up to and including March 27, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant

to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: March 5, 2009

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARVIN LONGO-LINARES

Dated: March 5, 2009

LAWRENCE G. BROWN
Acting United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 6, 2009, be continued to March 27, 2009, at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from this date to, and including, the March 27, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: March 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order -2-