DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARVIN LONGO-LINARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-09-0046 GEB |
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER** |
| v. | ) **TO CONTINUE STATUS CONFERENCE** |
| | ) |
| MARVIN LONGO-LINARES, | ) |
| aka Marvin Hernandez, | ) Date:  March 27, 2009 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Garland E. Burrell, Jr. |
| | ) |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between the parties, Jason
Hitt, Assistant United States Attorney, and Matthew C. Bockmon,
attorney for defendant Marvin Longo-Linares, that the Status Conference
now scheduled for March 27, 2009 be vacated, and a new status
conference date of April 24, 2009 be set.

This continuance is being requested because of on-going defense
investigation and preparation.

IT IS STIPULATED that the period from the signing of this Order up
to and including April 24, 2009 be excluded in computing the time
within which trial must commence under the Speedy Trial Act, pursuant

to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing
preparation of counsel.

Dated: March 26, 2009                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ Matthew C. Bockmon
                                         _____
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MARVIN LONGO-LINARES

Dated:  March 26, 2009                   LAWRENCE G. BROWN
                                         Acting United States Attorney


                                         /s/ Jason Hitt
                                         _____
                                         JASON HITT
                                         Assistant U.S. Attorney

                                    ORDER

        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the status conference presently set for March 27, 2009, be
continued to April 24, 2009, at 9:00 a.m.  The Court finds that the
ends of justice to be served by granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.  It
is ordered that time from this date to, and including, the April 24,
2009 status conference shall be excluded from computation of time
within which the trial of this matter must be commenced under the
Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and
Local Code T-4, to allow defense counsel time to prepare.

Dated:  April 3, 2009


                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge