DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARVIN LONGO-LINARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-09-0046 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| MARVIN LONGO-LINARES, aka Marvin Hernandez, | Date: April 24, 2009 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, Jason Hitt, Assistant United States Attorney, and Matthew C. Bockmon, attorney for defendant Marvin Longo-Linares, that the Status Conference now scheduled for April 24, 2009 be vacated, and a new status conference date of May 8, 2009 be set.

This continuance is being requested because of on-going defense investigation and preparation.

IT IS STIPULATED that the period from the signing of this Order up to and including May 8, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18

U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: April 22, 2009    Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARVIN LONGO-LINARES

Dated:  April 22, 2009    LAWRENCE G. BROWN
Acting United States Attorney

/s/ Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for April 24, 2009, be continued to May 8, 2009, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from this date to, and including, the May 8, 2009 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:  April 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

-2-