**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M

DATE:       July 16, 2009

TO:         Shani Furstenau, Courtroom Deputy to
            Honorable Garland E. Burrell, Jr.

FROM:       Debra Lancaster, Secretary to
            Matthew C. Bockmon, Assistant Federal Defender

SUBJECT:    United States v. Longo-Linares
            CR-S-09-046 GEB

---

    This Memo is to confirm counsel's request to continue Judgment and Sentencing, presently scheduled for July 24, 2009, to **Friday, August 7, 2009 at 9:00 a.m.**

    The Courtroom Clerk, Assistant United States Attorney, Jason HItt and United States Probation Officer Julie Fowler have no objections to the new date.

So ordered.

Dated:  July 20, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

cc:     Julie Fowler, United States Probation Office
        Marvin Longo-Linares